**Order entered April 28, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-20-01038-CV**

**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Appellant**

**V.**

**JOSE MORALES, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06348**

**ORDER**

Before the Court is appellant's April 27, 2021 third unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on April 27, 2021 filed as of the date of this order.

/s/    KEN MOLBERG
        JUSTICE